No. 255. UNITED STATES *v.* GILMORE ET AL. Certiorari, 368 U. S. 816, to the Court of Claims. Argued March 27–28, 1962. This case is restored to the calendar for reargument. *Wayne G. Barnett* argued the cause for the United States. On the briefs were *Solicitor General Cox, Assistant Attorney General Oberdorfer, Richard J. Medalie, Melva M. Graney, Harold C. Wilkenfeld* and *Arthur I. Gould. Eli Freed* argued the cause and filed briefs for respondents.

No. 256. UNITED STATES *v.* PATRICK ET AL. Certiorari, 368 U. S. 817, to the United States Court of Appeals for the Fourth Circuit. Argued March 28, 1962. This case is restored to the calendar for reargument. *Wayne G. Barnett* argued the cause for the United States. On the briefs were *Solicitor General Cox, Assistant Attorney General Oberdorfer, Richard J. Medalie, Melva M. Graney, Harold C. Wilkenfeld* and *Arthur I. Gould. Robert M. Ward* argued the cause and filed a brief for respondents.

